UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

VS.

STEVEN MITCHELL

ORDER

CR. NO. 18-365 (JBS)

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this 26TH day of JUNE, 2018,

ORDERED that the Federal Public Defender for the District of New Jersey, (MAGGIE MOY, AFPD) is hereby appointed to represent said defendant in this case until further order of the Court.

JEROME B. SIMANDLE
UNITED STATES DISTRICT JUDGE

cc: Federal Public Defender